TRACY L. WILKISON
Acting United States Attorney
BRANDON D FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY
California Bar No. 73493
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5421
    Facsimile:  (213) 894-0142
    E-mail:     Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $71,900.00 IN U.S. CURRENCY, ONE HERSTAL, FIVE-SEVEN PISTOL, .57, S/N 366320974 WITH THREE MAGAZINES AND ELEVEN ROUNDS OF AMMUNITION<br><br>TRAYNAL SHERRELL,<br>            Claimant | CR MISC. NO. 2:21-CM-00008<br><br>STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE;<br><br>[PROPOSED] ORDER LODGED CONTEMPORANEOUSLY HEREWITH |

    It is hereby stipulated by and between the United States of America ("United States" or "the government), and claimant Traynal Sherrell ("claimant"), by and through their respective attorneys, as follows:

1

1. On October 16, 2020, claimant Traynal Sherrell filed a written claim in the Federal Bureau of Investigation ("FBI") administrative forfeiture proceeding to $71,900.00 in U.S. Currency seized on or about July 16, 2020 referred to as the "propery."

2. The government asserts that the FBI sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the property as required by law in the administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be January 14, 2021, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 1, 2021 the time in which the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture, so that the government can investigate this matter and determine whether this matter can be settled without the government having to initiate a civil judicial forfeiture action.

5.   Claimant knowingly, intelligently, and voluntarily gives up any right claimant may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture by January 14, 2021 and any right claimant may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

7.   The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture shall be extended to April 1, 2021.

SO STIPULATED.

DATED: January 11, 2021        TRACY L. WILKISON
                               Acting United States Attorney
                               BRANDON D. FOX
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                               /a/Brent A. Whittlesey
                               BRENT A. WHITTLESEY
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               United States of America

DATED: January 7, 2021         SOROKA & ASSOCIATES LLC


                               /s/ (per e-mail confirmation)
                               JOSHUA BEDTELYON
                               ROGER SOROKA
                               Attorney and Counselor at Law


                               Attorney for Claimant
                               TRAYNOR SHERRELL

3

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **January 11, 2021**, I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE;** upon each person or entity named below by attaching a copy to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

**TO:   Roger@sorokalegal.com; Joshua@sorokalegal.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **January 11, 2021** at Los Angeles, California.

/s/ *S. Beckman*
SHANNEN BECKMAN